1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 11-CR-5831-L |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO CONTINUE |
| vs. | ) ) | |
| MARIO ANGUIANO-SILVA (1), | ) ) | |
| Defendant. | ) ) | |

    THE COURT HEREBY ORDERS, upon joint motion of the parties, that the May 14, 2012 sentencing hearing be continued to Tuesday, May 29, 2012, at 8:30 a.m.

    IT IS SO ORDERED.

DATED: May 18, 2012

                                            M. James Lorenz
                                            United States District Court Judge